**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.    4:06  CR 177 |
|  | ) |  |
| Plaintiff, | ) | JUDGE DONALD C. NUGENT |
|  | ) |  |
| v. | ) |  |
|  | ) |  |
| MARVIN BRADLEY, | ) | MEMORANDUM OPINION |
|  | ) | AND ORDER |
| Defendant. | ) |  |

This matter comes before the Court upon Defendant, Marvin Bradley's pro se Motion seeking a reduction in his sentence based on changes to the sentencing guidelines set forth in the Fair Sentencing Act of 2010.  These changes alter the base offense levels for cocaine base (crack cocaine) convictions.  (ECF #542).   Mr. Bradley was convicted of a cocaine base crime.  The Fair Sentencing Act of 2010 was passed into law on August 3, 2010, but was not made retroactive at that time.  Pursuant to a June 30, 2011 decision by the United States Sentencing Commission, U.S.S.G. § 2D1.1 as amended, the Fair Sentencing Act will become retroactive effective November 1, 2011, assuming Congress approves the Guidelines Amendment.  Therefore, although Mr. Bradley may possible qualify for a reduction, his current motion is premature as the decision on retroactivity is not final and effective.

Pursuant to 18 U.S.C. § 3006A, the Public Defender's Office has filed a petition for appointment in this case, on behalf of Mr. Bradley. (ECF #541).     It is the Court's understanding that this inmate is not currently represented by private counsel and that he is not presently able to hire private counsel for this purpose.  Therefore, this motion is GRANTED.

The Court hereby appoints the Office of the Federal Public Defender to advise Mr. Bradley in determining his eligibility for a sentence reduction pursuant U.S.S.G. § 2D1.1, and to assist him in preparing a future motion for reduction of sentence if he is deemed eligible after the Guidelines Amendment become retroactive. IT IS SO ORDERED.

      /s/ Donald C. Nugent
      DONALD C. NUGENT
      United States District Judge

DATED: July 20, 2011